IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUD SATCHEL LLC<br><br>    Plaintiff,<br><br>  v.<br><br>KOBO, INC.,<br><br>    Defendant. | Civ. No. 13-01890-SLR<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF KOBO, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Cloud Satchel LLC and Defendant Kobo, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 18, 2014

| | |
|---|---|
| /s/ *Tim Devlin* | /s/ *John Shaw* |
| Timothy Devlin (#4241) | John W. Shaw (No. 3362) |
| FARNEY DANIELS PC | SHAW KELLER LLP |
| 1220 Market Street | 300 Delaware Avenue, Suite 1120 |
| Suite 850 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 300-4626 | jshaw@shawkeller.com |
| tdevlin@farneydaniels.com | |
| | |
| *Attorney for Plaintiff Cloud Satchel LLC* | *Attorney for Defendant Kobo, Inc.* |

SO ORDERED this _____ day of April 2014.

                _____
                United States District Judge